JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SANDRA LORRAINE WILSON,

Plaintiff,

v.

NANCY A. BERRYHILL,
Commissioner of Social Security,

Defendant.

Case No. 5:17-CV-01212-SK

**JUDGMENT**

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: September 19, 2018

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE